# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 03, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10743   Mock v. Bondi
                   USDC No. 4:23-CV-95

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jasmine J. Forman, Deputy Clerk

Mr. Bradley Benbrook
Mr. Richard Brent Cooper
Mr. Stephen Duvernay
Mr. Samuel I. Ferenc
Mr. Sean Janda
Mr. Douglas Neal Letter
Mr. Benjamin Lewis
Mr. Jody Dale Lowenstein
Ms. Ciara Wren Malone
Mr. Stephen Obermeier
Ms. Esther Sanchez-Gomez
Mr. Eric Tirschwell
Mr. Cody J. Wisniewski
Ms. Abby Christine Wright