# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-10743

---

WILLIAM T. MOCK; CHRISTOPHER LEWIS; FIREARMS POLICY COALITION, INCORPORATED, *a nonprofit corporation*; MAXIM DEFENSE INDUSTRIES, L.L.C.,

*Plaintiffs—Appellees*,

*versus*

PAMELA BONDI, *U.S. Attorney General*; UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; STEVEN DETTELBACH, *in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-95

---

ORDER:

IT IS ORDERED that Appellants' unopposed motion to stay is GRANTED as stated herein. This appeal is ABEYED until April 14, 2025, at which point the abeyance shall automatically dissolve. Appellants are permitted to file a status report as stated in their motion.

  /s/ James L. Dennis
James L. Dennis
*United States Circuit Judge*