IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| William T. Mock, et al.,<br><br>　　　Plaintiffs-Appellees,<br><br>　　　v.<br><br>Pamela Bondi, et al.<br><br>　　　Defendants-Appellants. | No. 24-10743 |

**MOTION TO WITHDRAW**

Defendants-appellants respectfully request that Abby Wright be permitted to withdraw as counsel in this appeal because Ms. Wright is leaving the U.S. Department of Justice as of April 4th. Defendants-appellants will continue to be represented by Sean Janda and Benjamin Lewis.

Respectfully submitted,

  */s/ Abby C. Wright*
ABBY C. WRIGHT
(202) 514-0664
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave. NW
   Room 7517
   Washington, D.C. 20530
   abby.wright@usdoj.gov

MARCH 2025

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify this motion complies with the requirements of Rule 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 101 words, according to the count of Microsoft Word.

/s/ *Abby C. Wright*
ABBY C. WRIGHT