# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 01, 2025

Mr. Bradley Benbrook
Benbrook Law Group, P.C.
701 University Avenue
Suite 106
Sacramento, CA 95825

Mr. Richard Brent Cooper
Cooper & Scully, P.C.
900 Jackson Street
Suite 100
Dallas, TX 75202

Mr. Stephen Duvernay
Benbrook Law Group, P.C.
701 University Avenue
Suite 106
Sacramento, CA 95825

Mr. Samuel I. Ferenc
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Douglas Neal Letter
Brady United Against Gun Violence
840 1st Street, N.E.
Suite 400
Washington, DC 20002

Mr. Benjamin Lewis
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Jody Dale Lowenstein
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, DC 20005


Ms. Ciara Wren Malone
March for Our Lives
90 Church Street
Number 3417
New York, NY 10008


Mr. Stephen Obermeier
Wiley Rein, L.L.P.
2050 M Street, N.W.
Washington, DC 20036


Ms. Esther Sanchez-Gomez
Giffords Law Center to Prevent Gun Violence
268 Bush Street
Number 555
San Francisco, CA 94104


Mr. Eric Tirschwell
Everytown Law
450 Lexington Avenue
P.O. Box 4184
New York, NY 10163


Mr. Cody J. Wisniewski
Firearms Policy Coalition
Action Foundation
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149


Ms. Abby Christine Wright
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


     No. 24-10743   Mock v. Bondi
                 USDC No. 4:23-CV-95


Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

————————

Case No. 24-10743

————————

William T. Mock; Christopher Lewis; Firearms Policy Coalition,
Incorporated, a nonprofit corporation; Maxim Defense Industries,
L.L.C.,

Plaintiffs - Appellees

v.

Pamela Bondi, U.S. Attorney General; United States Department of
Justice; Bureau of Alcohol, Tobacco, Firearms, and Explosives;
Kash Patel, Acting Director, U.S. Bureau of Alcohol, Tobacco and
Firearms, in his official capacity as the Director of the Bureau
of Alcohol, Tobacco, Firearms and Explosives,

Defendants - Appellants