# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

William T. Mock, *et al.*,
        Plaintiffs-Appellees,

v.

Pamela Bondi, *U.S. Attorney General, et al.*,
        Defendants-Appellants.

No. 24-10743

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to the dismissal of this appeal, with all parties to bear their own costs. Plaintiffs retain the right to seek attorney's fees in district court, including attorney's fees incurred on appeal.

Respectfully submitted,

| | |
|---|---|
| /s/ *Bradley A. Benbrook* | COURTNEY L. DIXON |
| BRADLEY A. BENBROOK | |
| STEPHEN M. DUVERNAY | /s/ *Sean R. Janda* |
| BENBROOK LAW GROUP, P.C. | SEAN R. JANDA |
| 701 University Avenue, Suite 106 | BEN LEWIS |
| Sacramento, CA 95825 | *Attorneys, Appellate Staff* |
| Telephone: (916) 447-4900 | *Civil Division, Room 7260* |
| brad@benbrooklawgroup.com | *U.S. Department of Justice* |
| | *950 Pennsylvania Avenue NW* |
| *Counsel for Plaintiffs-Appellees* | *Washington, DC 20530* |
| | *(202) 514-3388* |
| | *sean.r.janda@usdoj.gov* |
| July 2025 | *Counsel for Defendants-Appellants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2025, I electronically filed the foregoing stipulation of dismissal with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the cases are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                        */s/ Sean R. Janda*
                                        SEAN R. JANDA