# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

July 25, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 24-10743   Mock v. Bondi
                           USDC No. 4:23-CV-95

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc:  Mr. Bradley Benbrook
     Mr. Richard Brent Cooper
     Mr. Stephen Duvernay
     Mr. Samuel I. Ferenc
     Mr. Sean Janda
     Mr. Douglas Neal Letter
     Mr. Benjamin Lewis
     Mr. Jody Dale Lowenstein
     Ms. Ciara Wren Malone
     Mr. Stephen Obermeier
     Ms. Esther Sanchez-Gomez
     Mr. Eric Tirschwell
     Mr. Cody J. Wisniewski