# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 25, 2025
Lyle W. Cayce
Clerk

No. 24-10743

William T. Mock; Christopher Lewis; Firearms Policy Coalition, Incorporated, *a nonprofit corporation*; Maxim Defense Industries, L.L.C.,

*Plaintiffs—Appellees,*

*versus*

Pamela Bondi, *U.S. Attorney General*; United States Department of Justice; Bureau of Alcohol, Tobacco, Firearms, and Explosives; Daniel Driscoll, *Acting Director, U.S. Bureau of Alcohol, Tobacco and Firearms, in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*,

*Defendants—Appellants.*

———

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-95

———

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of July 25, 2025, pursuant to the stipulation of the parties.

No. 24-10743

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

By: _____
Mary Yeager, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jul 25, 2025**

**Clerk, U.S. Court of Appeals, Fifth Circuit**